```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   MICHELLE GERIG,                                             :
                                                               :
                                  Plaintiff,                   :
                                                               :
                      -against-                                :      1:24-cv-484-GHW
                                                               :
   THE STOP & SHOP SUPERMARKET                                 :      ORDER
   COMPANY LLC,                                                :
                                                               :
                                  Defendant.                   :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on January 23, 2024.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 7, 2024.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                                                                     _____
                                                                                     GREGORY H. WOODS
                                                                      United States District Judge